[No. 2631. Decided February 4, 1898.]

COMMERCIAL STATE BANK, *Appellant*, v. B. F. MANRING, *as County Treasurer of Whitman County, State of Washington, Respondent.*

Appeal from Superior Court, Whitman County.—Hon. WILLIAM McDONALD, Judge. Reversed.

*Chadwick & Bryant,* for appellant.
*John W. Matthews,* for respondent.

*Per Curiam.*—In this cause the same issues are involved as were decided in the case of *Pullman State Bank v. Manring, ante,* p. 250

(51 Pac. 464), and the stipulation of the respective parties has been filed that the decision of the court in this case shall follow that in *Pullman State Bank v. Manring, supra.* The judgment of the superior court is therefore reversed, with directions to that court to proceed in conformity to the opinion in the case above mentioned.